UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DAWN LYNN JOHNSON,

               Civil No. 08-1094 (JNE/JJG)

        Plaintiff,

v.

               **ORDER ON REPORT**

ROBERT BLANCHER,           **AND RECOMMENDATION**

        Defendant.


The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have

been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and

all the files, records and proceedings herein,

       **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's application to proceed in forma pauperis, (Doc. No. 2), is **DENIED**; and

    2.  This action is summarily **DISMISSED** for lack of jurisdiction.


Dated:  May 13, 2008          s/  Joan N. Ericksen
                            JOAN N. ERICKSEN
                            United States District Judge